**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AMMIE BROOKS,**                                                                    **PLAINTIFF**


**v.**                                       **Case No. 3:25-cv-00111-JM-JTK**


**COMMISIONER OF SOCIAL
SECURITY,**                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 15th day of August, 2025.


_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE